CHARLES SHANKMAN, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued February 26, 1945; reargued December 3, 1945; decided December 6, 1945.

*David C. Broderick* and *Charles S. Vaccaro* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Samuel A. Bloom* and *Joseph F. Mulqueen, Jr.,* of counsel), for respondent.

Judgments reversed and a new trial granted with costs to the appellant to abide the event upon the ground that there was a question of fact as to the defendant's negligence which should have been submitted to the jury. No opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND and CLOSE*, JJ. Dissenting: LEWIS and DYE, JJ. Taking no part: MEDALIE, J.

* Designated pursuant to section 5 of article VI of the State Constitution in place of THACHER, J., disqualified.